LATHAM & WATKINS LLP
  Peter W. Devereaux, Esq., Bar No. 119666
  Robert A. Klyman, Esq., Bar No. 142723
  Amy C. Quartarolo, Esq., Bar No. 222144
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
peter.devereaux@lw.com
robert.klyman@lw.com
amy.quartarolo@lw.com

Attorneys for Plaintiffs Special Value
Continuation Partners, LP, Tennenbaum
DIP Opportunity Fund, LLC, and
Tennenbaum Opportunities Partners V, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL VALUE CONTINUATION PARTNERS, LP, a Delaware limited partnership; TENNENBAUM DIP OPPORTUNITY FUND, LLC, a Delaware limited liability company; and TENNENBAUM OPPORTUNITIES PARTNERS V, LP, a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD BACHMANN, an individual; KENNETH BURKE, an individual; EDWARD C. HUTCHESON, an individual; MYLES SCOGGINS, an individual; PER STAEHR, an individual; GEOFF A. JONES, an individual; D. MICHAEL WALLACE, an individual; RISHI VARMA, an individual; BRENT CENKUS, an individual; STEPHEN MORRELL, an individual; MADS BARDSEN, an individual; BJORN INGE STAALESEN, and individual; GERALD GRAY, an individual; and DOES 1-99, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-03290-DMG-RZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Assigned to: Hon. Dolly M. Gee |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Special Value Continuation Partners, LP, Tennenbaum DIP Opportunity Fund, LLC and Tennenbaum Opportunities Partners V, LP (collectively "Plaintiffs") hereby dismiss this action against all Defendants, without prejudice.  None of the Defendants has served an Answer or a motion for summary judgment.  This notice properly dismisses Plaintiffs' Complaint without further action by the Court.

Dated:  May 23, 2011                    LATHAM & WATKINS LLP

By:  /s/ Amy C. Quartarolo
     Amy C. Quartarolo
Attorneys for Plaintiffs Special Value Continuation Partners, LP, Tennenbaum DIP Opportunity Fund, LLC, and Tennenbaum Opportunities Partners V, LP

LA\2262896.1